UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LATAYA RUFF,

                            Plaintiff,

        - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, TISHMAN CONSTRUCTION
CORPORATION AND AECOM TECHNOLOGY
CORPORATION d/b/a AECOM,

                           Defendants.

-----------------------------------------------------------x

Case No. 13-CV-2516 (KBF)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2013

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Lataya Ruff ("Plaintiff") and Defendants Tishman Construction Corporation of New York, Tishman Construction Corporation and AECOM Technology Corporation ("Defendants"), by and through their respective attorneys, that the above-referenced action and all claims by Plaintiff against Defendants shall be, and hereby are, dismissed with prejudice and that each party shall bear their own costs and attorneys' fees.

| SEKENDIZ LAW FIRM, P.C. | SEYFARTH SHAW LLP |
|---|---|
| By: _____<br>    Ismail Sekendiz, Esq. | By: _____<br>    Lorie E. Almon, Esq.<br>    Gena B. Usenheimer, Esq. |
| Dated: New York, New York<br>       August 13, 2013 | Dated: New York, New York<br>       August 23, 2013 |
| 45 Broadway Suite: 2650<br>New York, New York 10006<br>(631) 756-0400<br>*Attorneys for Plaintiff* | 620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>(212) 218-5500<br>*Attorneys for Defendants* |

So ordered.

8/27/13    K. B. Forrest
                USDJ

15940664v.1